Cynthia L. Rice, SBN 87630
Cecilia Guevara Zamora, SBN 307159
Ezra Kautz, SBN 330352
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 446-7904
Facsimile: (916) 446-3057
cricecrlaf@comcast.net
cguevarazamora@crlaf.org
ekautz@crlaf.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MONTES SANCHEZ, ARTURO RAMIREZ ALVAREZ, FILIBERTO LOPEZ HERRERA, and DANIEL VARELAS HERRERA, as individuals and on behalf of all other similarly situated persons,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SARBANAND FARMS, LLC, MUNGER BROS., LLC., CROWNE COLD STORAGE, LLC, ROBERT HAWK, CLIFF WOOLLEY, CSI VISA PROCESSING, SC, and DOES 1 through 10<br><br>　　　　　Defendants. | Case No.: 2:20-cv-01428-MCE-EFB<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER EXTENDING TIME TO RESPOND TO DEFENDANT CSI'S MOTION TO DISMISS** |

　　Having reviewed the Stipulation of the Plaintiffs and Defendant CSI Visa Processing, SC ("CSI"), and good cause appearing,

IT IS ORDERED:

1. CSI will respond to Plaintiffs' outstanding discovery requests and produce responsive documents to Plaintiffs by electronic file transfer no later than February 26, 2021.

2. Plaintiffs' deadline to file opposition to CSI's Motion to Dismiss is March 18, 2021.

3. CSI's deadline to file a reply is March 25, 2021.

IT IS SO ORDERED.

Dated:  January 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE