Cynthia L. Rice, SBN 87630
Cecilia Guevara Zamora, SBN 307159
Ezra Kautz, SBN 330352
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone:  (916) 446-7904
Facsimile:   (916) 446-3057
cricecrlaf@comcast.net
cguevarazamora@crlaf.org
ekautz@crlaf.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MONTES SANCHEZ, ARTURO RAMIREZ ALVAREZ, FILIBERTO LOPEZ HERRERA, and DANIEL VARELAS HERRERA, as individuals and on behalf of all other similarly situated persons,<br>           Plaintiffs,<br>      vs.<br>SARBANAND FARMS, LLC, MUNGER BROS., LLC., CROWNE COLD STORAGE, LLC, ROBERT HAWK, CLIFF WOOLLEY, CSI VISA PROCESSING, SC, and DOES 1 through 10<br>           Defendants. | Case No.:  2:20-cv-01428-MCE-EFB<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER DEEMING PLAINTIFFS' OPPOSITION TO DEFENDANT CSI'S MOTION TO DISMISS TO BE TIMELY FILED, AND EXTENDING CSI'S TIME TO REPLY** |

Having reviewed the Stipulation of the Plaintiffs and Defendant CSI Visa Processing, SC ("CSI"), and good cause appearing, the Court determines as follows:

1. Plaintiffs' deadline to file opposition to CSI's Motion to Dismiss is March 19, 2021, and the opposition filed on March 19, 2021 is deemed to be timely.

2. CSI's deadline to file a reply is March 29, 2021.

   IT IS SO ORDERED.

Dated: March 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE