Cynthia L. Rice, SBN 87630
Cecilia Guevara Zamora, SBN 307159
Ezra Kautz, SBN 330352
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 446-7904
Facsimile: (916) 446-3057
cricecrlaf@comcast.net
cguevarazamora@crlaf.org
ekautz@crlaf.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MONTES SANCHEZ, ARTURO RAMIREZ ALVAREZ, FILIBERTO LOPEZ HERRERA, and DANIEL VARELAS HERRERA, as individuals and on behalf of all other similarly situated persons,<br><br>  Plaintiffs,<br><br>vs.<br><br>SARBANAND FARMS, LLC, MUNGER BROS., LLC., CROWNE COLD STORAGE, LLC, ROBERT HAWK, CLIFF WOOLLEY, CSI VISA PROCESSING, SC, and DOES 1 through 10<br><br>  Defendants. | Case No.: 2:20-cv-01428-MCE-EFB<br><br><u>CLASS ACTION</u><br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER TO MODIFY SCHEDULE AND EXTEND DISCOVERY CUT-OFF**<br><br>**FRCP 16** |

Having reviewed the Stipulation of the Parties and for good cause appearing, the schedule is hereby modified as follows:

1) The deadline for completion of non-expert discovery is reset from November 14, 2021 to May 14, 2022.

2) The deadline for expert designation is reset from January 13, 2022 to July 13, 2022.

1
ORDER TO MODIFY SCHEDULE AND EXTEND DISCOVERY CUT-OFF

3) The deadline for supplemental expert designation is reset from February 12, 2022 to August 12, 2022.

4) The deadline for dispositive motions is reset from May 13, 2022 to November 10, 2022.

IT IS SO ORDERED.

Dated: July 15, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE